RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2022 MAY 4 PM5:58

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER GARCIA-PEREZ,<br><br>Defendant. | Criminal No. 22-185 (SCC)<br><br>Count One: 18 U.S.C. § 371 (Conspiracy)<br><br>Counts Two and Three: 18 U.S.C. § 666(a)(2) & 2 (Federal Program Bribery/Aiding and Abetting)<br><br>Count Four: 18 U.S.C. § 1951 & 2 (Extortion Under Color of Official Right/Aiding and Abetting)<br><br>Forfeiture Allegation |

INDICTMENT

The Grand Jury charges:

BACKGROUND ALLEGATIONS

1. At all times material to this Indictment, unless otherwise set forth, with all dates and times alleged to be "on or about" or "in or about" and all amounts alleged to be "approximately":

2. Aguas Buenas was a municipality within the Commonwealth of Puerto Rico.

3. In each of the calendar years 2017, 2018, 2019, 2020 and 2021, the Municipality of Aguas Buenas received more than $10,000 in benefits from the United States government under federal programs involving grants, subsidies, loans, guarantees, insurance, and other forms of assistance.

4. JAVIER GARCIA-PEREZ was first elected Mayor of Aguas Buenas in November 2016. He was re-elected in November 2020.

5. Individual A owned and had a financial interest in a waste management company, Company A. Individual B owned and had a financial interest in an asphalt and paving company, Company B.

COUNT 1
Conspiracy; Federal Funds Bribery and Kickbacks
18 U.S.C. § 371

6. The preceding paragraphs of this Indictment are hereby re-alleged and incorporated in this Count.

Object of the Conspiracy

7. From in or about January 2017, until in or about September 2021, in the District of Puerto Rico, defendant JAVIER GARCIA-PEREZ, a government official and agent of Aguas Buenas, did knowingly and willfully conspire and agree with Individuals A and B, and with others known and unknown to the Grand Jury, to commit offenses against the United States, including Federal Program Bribery, that is, to corruptly solicit, demand, accept, and agree to accept for his own benefit, things of value from Individuals A and B, intending to be influenced and rewarded in connection with any business, transaction, and series of transactions of Aguas Buenas valued at $5,000 or more as opportunities arose, that is the awarding and payment of municipal contracts related to waste disposal services, asphalt and paving services, and debris removal. In each of the years 2017, 2018, 2019, 2020 and 2021, the municipality of Aguas Buenas received benefits in excess of $10,000 under federal programs involving grants, subsidies, loans, guarantees, insurance, and other forms of assistance. All in violation of 18 U.S.C. § 666(a)(1)(B).

<u>Purpose of the Conspiracy</u>

8. The purpose of the conspiracy was for defendant GARCIA-PEREZ to benefit and enrich himself by accepting bribes and kickbacks from Individuals A and B in exchange for payment of outstanding invoices for Company A and Company B and the awarding of contracts to Company B and to conceal these bribes and kickbacks.

<u>Manner and Means of the Conspiracy</u>

9. The manner and means by which defendant GARCIA-PEREZ carried out the scheme included, but were not limited to, the following:

10. Individuals A and B met with defendant GARCIA-PEREZ in secret in order to pay cash bribes and kickbacks to GARCIA-PEREZ in order to secure and maintain municipal contracts and the payment of related invoices.

11. In exchange for cash payments from Individual A, defendant GARCIA PEREZ agreed to take steps benefiting Company A, including the payment of outstanding invoices to Company A on contracts held in the municipality by Company A.

12. In exchange for cash payments from Individual B, defendant GARCIA PEREZ agreed to take steps benefiting Company B, including the awarding of contracts to Company B and the payment of outstanding invoices to Company B on contracts held in the municipality by Company B.

13. During the course of the conspiracy, GARCIA-PEREZ and Individuals A and B took steps to conceal and disguise their corrupt scheme, such as by meeting in secret locations, communicating in coded text messages, and using cash for bribe and kickback payments.

Acts in Furtherance of the Conspiracy

14. In furtherance of the conspiracy, and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Puerto Rico:

15. In or about August 2020, defendant GARCIA-PEREZ received and accepted a cash payment of approximately $20,000 from Individual A.

16. In or about March 2021, defendant GARCIA-PEREZ received and accepted a cash payment of approximately $10,000 from Individuals A and B.

17. In or about September 2021, defendant GARCIA-PEREZ received and accepted a cash payment of approximately $2,000 from Individual B.

18. In exchange for these payments and others, GARCIA-PEREZ agreed to award, facilitate, and protect contracts for Companies A and B and ensure the payment of their invoices.

19. In or about August 2020, defendant GARCIA-PEREZ facilitated the payment of an outstanding invoice to Company A in the amount of $507,629.55.

20. In or about September 2021, defendant GARCIA-PEREZ facilitated the payment of outstanding invoices to Company B totaling at least approximately $350,000.00.

All in violation of 18 U.S.C. § 371.

COUNT 2
Federal Program Bribery/Aiding and Abetting
18 U.S.C. §§ 666(a)(1)(B) and 2

21. Paragraphs One through Five of this Indictment are hereby re-alleged and incorporated in this Count.

22. In or about March, 2021, in the District of Puerto Rico, defendant JAVIER GARCIA-PEREZ, a public official and agent of Aguas Buenas, did corruptly solicit, demand,

accept, and agree to accept for his own benefit, a thing of value from Individual A, to wit at least approximately $5,000 in cash payments from Individual A, with the intent of being influenced and rewarded in connection with any business, transaction, and series of transactions of Aguas Buenas valued at $5,000 or more as opportunities arose, that is, the payment of invoices related to trash and debris collection contracts. In the calendar year 2021, the municipality of Aguas Buenas received benefits in excess of $10,000.00 under federal programs involving grants, subsidies, loans, guarantees, insurance, and other forms of assistance. All in violation of 18 U.S.C. §§ 666(a)(1)(B) and 2.

COUNT 3
Federal Program Bribery/Aiding and Abetting
18 U.S.C. §§ 666(a)(1)(B) and 2

23. Paragraphs One through Five of this Indictment are hereby re-alleged and incorporated in this Count.

24. Between March 2021 and September 14, 2021, in the District of Puerto Rico, defendant JAVIER GARCIA-PEREZ, a public official and agent of Aguas Buenas, did corruptly solicit, demand, accept, and agree to accept for his own benefit, a thing of value from Individual B, to wit at least approximately $7,000 in cash payments from Individual B, with the intent of being influenced and rewarded in connection with any business, transaction, and series of transactions of Aguas Buenas valued at $5,000 or more as opportunities arose, that is, the payment of multiple invoices related to asphalt and paving services contracts. In the calendar year 2021, the municipality of Aguas Buenas received benefits in excess of $10,000.00 under federal programs involving grants, subsidies, loans, guarantees, insurance, and other forms of assistance. All in violation of 18 U.S.C. §§ 666(a)(1)(B) and 2.

## COUNT 4
Extortion Under Color of Official Right
18 U.S.C. §§ 1951 and 2

25. Paragraphs One through Five of this Indictment are hereby re-alleged and incorporated in this Count.

26. From in or about January 2021, until in or about September 2021, in the District of Puerto Rico, defendant JAVIER GARCIA-PEREZ did knowingly obstruct, delay, and affect commerce and the movement of articles and commodities by extortion, or attempted to do so, as those terms are defined in Title 18, United States Code, Section 1951; and aided and abetted such offense; that is GARCIA-PEREZ obtained property not due him or his office as a public official, from Individuals A and B, with Individual A's and B's consent, under color of official right. All in violation of 18 U.S.C. §§ 1951 and 2.

## FORFEITURE ALLEGATION
28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C)

27. The preceding paragraphs of this Indictment are hereby re-alleged and incorporated in this Allegation.

28. Pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 981(a)(1)(C), the United States gives notice to the defendant JAVIER GARCIA-PEREZ that in the event of a conviction for the offense charged in Counts One through Four of this Indictment, all property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, from such offense, is subject to forfeiture.

### Money Judgment

29. Defendant is notified that upon conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

Substitute Assets

30. Defendant is notified that in the event that property subject to forfeiture, as a result of any act or omission of that defendant,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty,

the United States will seek to forfeit any other property of Defendant up to the total value of the property subject to forfeiture pursuant to 21 U.S.C. § 853(p), as incorporated by reference in 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b)(1).

TRUE BILL

Jury Foreperson

Dated: 5/4/22

W. STEPHEN MULDROW
United States Attorney

SETH A. ERBE
Chief, Financial Fraud and Public Corruption Section

By: ______________________
Scott Anderson
Assistant United States Attorney

COREY AMUNDSON
Chief, Public Integrity Section

JOHN D. KELLER
Principal Deputy Chief, Public Integrity Section

By: ______________________
Nicholas W. Cannon
Trial Attorney